

# SANGAMON COUNTY SHERIFFS OFFICE
### *"Keeping the Peace Since 1821"*

*NEIL M. WILLIAMSON*
#1 Sheriffs Plaza
Springfield, Illinois 62701

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, <u>Donald Schuh #4267</u> certify that I served this summons as follows:

☒    **Corporation service**, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐    Other: _____

Case Number _____O 8 C H 10 261_____

Name of defendant _____WACHOVIA  Security_____
C/O ILL,Corp.inc.

Name of other person
Summons left with _____Holly Blankenship_____

Sex  (Female ) Race:  White  Approx. age ___20's___

Date of Service ___4-9-08___ Time ___959AM___

Address at which paper was served:

_____801 Stevenson Dr._____

_____Springfield,Il._____

Service fees : $30.00

Neil Williamson, Sheriff of Sangamon County

By, _____, Civil Process Officer

## IN PARTNERSHIP WITH THE COMMUNITY