UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| DENNIS R. METTER,<br><br>       Plaintiff,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC,<br><br>       Defendant. | Federal Case No. 1:08-cv-2239<br><br>State Case No. 08CH10261<br><br><br>**WACHOVIA SECURITIES, LLC'S OPPOSITION TO MOTION TO VACATE ARBITRATION AWARD AND CROSS-MOTION TO CONFIRM ARBITRATION AWARD**<br><br>**Before Judge John W. Darrah** |

       Defendant Wachovia Securities, LLC ("Wachovia") hereby opposes Dennis R. Metter's ("Metter") Motion to Vacate Arbitration Award and hereby moves this Honorable Court to confirm the Arbitration Award previously rendered by a FINRA arbitration panel on December 20, 2007.

       In support of this Motion, Wachovia hereby submits a Memorandum of Law, which is attached hereto and incorporated herein.

       WHEREFORE, Wachovia Prays that this Honorable Court:

1.     Deny Metter's Motion to Vacate Arbitration Award;

2.     Allow Wachovia's Motion to Confirm Arbitration Award.

3.     Order any other relief this Court believes would be Just and Fair.

Respectfully submitted,

WACHOVIA SECURITIES, LLC,

By its attorneys,


/s/ Daniel Rabinovitz
DANIEL M. RABINOVITZ
(ARDC No. 6205299)
MICHAELS, WARD & RABINOVITZ, LLP
12 Post Office Square
Boston, MA  02109
Telephone:    (617)350-4040
Facsimile:    (617)350-4050
dmr@michaelsward.com

and


/s/ Peter Sonderby
PETER SONDERBY (ARDC No. 2674653)
ULMER & BERNE, LLP
One North Franklin Street, Suite 1825
Chicago, IL  60606-3401
Telephone:    (312)324-8007 (p)
Facsimile:    (216)931-8008 (f)
psonderby@ulmer.com
Local Counsel (Pursuant to LR 83.15)



Dated: May 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, a true and correct copy of the foregoing Opposition To Motion To Vacate Arbitration Award And Cross-Motion To Confirm Arbitration Award was delivered by e-mail, overnight mail and via the Court's electronic filing system to the following counsel of record for Dennis Metter:

James J. Macchitelli
7247 West Touhy Avenue
Chicago, IL  60631

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz
Attorney Registration No. 6205229
Michaels, Ward & Rabinovitz, LLP
12 Post Office Square
Boston, MA  02109
(617)350-4040 (p)
(617)350-4050 (f)
dmr@michaelsward.com