## CERTIFICATE OF SERVICE

I, Peter R. Sonderby, an attorney, depose and state that I caused the above and foregoing Appearance on behalf of defendant, Wachovia Securities LLC to be served upon:

>James J. Macchitelli
>7247 West Touhy Avenue
>Chicago, Illinois 60631

by addressing and mailing a copy of same on this 8th day of May 2007, from One. N. Franklin Street, Chicago, Illinois at or about 5:00 p.m.

>s/ Peter R. Sonderby
>_____
>Peter R. Sonderby

1706431v1
24162.00186