UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS R. METTER,<br><br>Plaintiff,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC,<br><br>Defendant. | Case No. 1:08-cv-2239<br><br>Honorable Judge John W. Darrah<br><br>**WACHOVIA SECURITIES, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to F.R.C.P. 7.1 and Local Rule 5.3, Defendant Wachovia Securities, LLC hereby lists its parent companies: Wachovia Securities Financial Holdings, LLC (100%), Wachovia Securities Holdings, LLC (indirectly 62%), EVEREN Capital Corporation (indirectly 62%), A.G. Edwards, Inc. (indirectly 62%), Wachovia Corporation (indirectly 62%), Prudential Securities Group, Inc. (indirectly 38%), Prudential Capital and Investment Services, Inc. (indirectly 38%), Pruco, Inc. (indirectly 38%) and Prudential Financial, Inc. (indirectly 38%).

Wachovia Securities Financial Holdings, LLC (the 100% owner of Wachovia Securities, LLC) is the joint venture company formed in 2003 between Wachovia Corporation and Prudential Financial, Inc. Wachovia Corporation indirectly owns 62% and Prudential Financial, Inc. indirectly owns 38% of this joint venture company.

Respectfully submitted,

WACHOVIA SECURITIES, LLC,

By its attorneys,

/s/ Daniel Rabinovitz
DANIEL M. RABINOVITZ
(Attorney Registration No. 6205299)
MICHAELS, WARD & RABINOVITZ, LLP
12 Post Office Square
Boston, MA  02109
Telephone:   (617)350-4040
Facsimile:    (617)350-4050
dmr@michaelsward.com


- and-


/s/ Peter Sonderby
PETER SONDERBY (ARDC No. 2674653)
ULMER & BERNE, LLP
One North Franklin Street, Suite 1825
Chicago, IL  60606-3401
Telephone:   (312)324-8007 (p)
Facsimile:    (216)931-8008 (f)
psonderby@ulmer.com

Local Counsel (Pursuant to LR 83.15):

Dated: May 8, 2008

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2008, a true and correct copy of the foregoing Motion for Leave to File Responsive Pleading Late was delivered by e-mail, overnight mail and via the Court's electronic filing system to the following counsel of record for Dennis Metter:

James J. Macchitelli<br>
7247 West Touhy Avenue<br>
Chicago, IL 60631

/s/ Daniel M. Rabinovitz  
Daniel M. Rabinovitz  
Attorney Registration No. 6205229  
Michaels, Ward & Rabinovitz, LLP  
12 Post Office Square  
Boston, MA 02109  
(617)350-4040 (p)  
(617)350-4050 (f)  
dmr@michaelsward.com