UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| DENNIS R. METTER,<br><br>    Plaintiff,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC,<br><br>    Defendant. | Case No. 1:08-cv-2239<br><br>State Case No. 08CH10261<br><br>UNCONTESTED MOTION FOR LEAVE TO FILE RESPONSIVE PLEADING LATE<br><br>Before Judge John W. Darrah |

Defendant Wachovia Securities, LLC ("Wachovia") submits this Uncontested Motion for Leave to File Late Responsive Pleading Late. (A copy of Wachovia's Opposition to Plaintiff's Motion to Vacate Arbitration Award and Cross-Motion to Confirm Arbitration Award is attached hereto as "Exhibit A") Plaintiff Dennis R. Metter has no objection to Wachovia filing late its Opposition to Plaintiff's Motion to Vacate Arbitration Award and Cross-Motion to Confirm Arbitration Award.

In support of this Motion, Wachovia states as follows:

1. On March 19, 2008, Plaintiff Dennis Metter ("Plaintiff") filed a Motion to Vacate Arbitration Award with the Circuit Court of Illinois, Cook County, Chancery Division (08 CH 10261) ("Motion to Vacate").

2. Thereafter, Wachovia learned of Metter's Motion to Vacate, through a means other than service of process.

3. On April 10, 2008, the undersigned spoke with Metter's counsel who informed the undersigned that he had given his Motion to Vacate to a Sheriff, but that

"sometimes it took them up to two weeks to serve" a corporation's registered agent located in Springfield, IL. During that conversation, the undersigned offered to accept service of process and Metter's counsel represented to the undersigned that he would forward the appropriate paperwork to counsel. However, the undersigned never received those documents.

4. Based on the foregoing, Wachovia and its counsel continued to believe it had not been served.

5. Unbeknownst to Wachovia, its registered agent was served on April 9, 2008 and sent the Motion to Vacate to an entity other than the above-captioned Defendant.

6. On April 18, 2008, believing that it had not been served yet, Wachovia filed a Petition for Removal of Plaintiff's state court action with this Court.

7. Not until Wachovia's counsel received the electronic notification that Metter had filed a return of service did the undersigned become aware that it had been served.

8. Although the Summons served on Wachovia's registered agent states that Wachovia has thirty (30) days to answer, pursuant to Federal Rule 81 (c)(2)(B), Wachovia's responsive pleading should have been filed by April 29, 2008.

WHEREFORE, Wachovia moves that it be allowed to file late its Opposition to Plaintiff's Motion to Vacate Arbitration Award and Cross-Motion to Confirm Arbitration Award.

Respectfully submitted,

WACHOVIA SECURITIES, LLC,

By its attorneys,

/s/ Daniel M. Rabinovitz
DANIEL M. RABINOVITZ (ARDC No. 6205299)
MICHAELS, WARD & RABINOVITZ, LLP
12 Post Office Square
Boston, MA  02109
Telephone:   (617)350-4040
Facsimile:    (617)350-4050
dmr@michaelsward.com

- and-

PETER SONDERBY (ARDC No. 2674653)
ULMER & BERNE, LLP
One North Franklin Street, Suite 1825
Chicago, IL  60606-3401
Telephone:   (312)324-8007 (p)
Facsimile:    (216)931-8008 (f)
psonderby@ulmer.com

Local Counsel (Pursuant to LR 83.15):

Dated: May 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, a true and correct copy of the foregoing Uncontested Motion for Leave to File Responsive Pleading Late was delivered by e-mail, overnight mail and via the Court's electronic filing system to the following counsel of record for Dennis Metter:

James J. Macchitelli
7247 West Touhy Avenue
Chicago, IL  60631

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz
ARDC No. 6205229
Michaels, Ward & Rabinovitz, LLP
12 Post Office Square
Boston, MA  02109
(617)350-4040 (p)
(617)350-4050 (f)
dmr@michaelsward.com

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| DENNIS R. METTER, | Federal Case No. 1:08-cv-2239 |
| Plaintiff, | State Case No. 08CH10261 |
| v. | |
| WACHOVIA SECURITIES, LLC, | **WACHOVIA SECURITIES, LLC'S OPPOSITION TO MOTION TO VACATE ARBITRATION AWARD AND CROSS-MOTION TO CONFIRM ARBITRATION AWARD** |
| Defendant. | |
| | **Before Judge John W. Darrah** |

Defendant Wachovia Securities, LLC ("Wachovia") hereby opposes Dennis R. Metter's ("Metter") Motion to Vacate Arbitration Award and hereby moves this Honorable Court to confirm the Arbitration Award previously rendered by a FINRA arbitration panel on December 20, 2007.

In support of this Motion, Wachovia hereby submits a Memorandum of Law, which is attached hereto and incorporated herein.

WHEREFORE, Wachovia Prays that this Honorable Court:

1. Deny Metter's Motion to Vacate Arbitration Award;

2. Allow Wachovia's Motion to Confirm Arbitration Award.

3. Order any other relief this Court believes would be Just and Fair.

Respectfully submitted,

WACHOVIA SECURITIES, LLC,

By its attorneys,

/s/ Daniel Rabinovitz
DANIEL M. RABINOVITZ
(ARDC No. 6205299)
MICHAELS, WARD & RABINOVITZ, LLP
12 Post Office Square
Boston, MA 02109
Telephone:    (617)350-4040
Facsimile:    (617)350-4050
dmr@michaelsward.com

and

/s/ Peter Sonderby
PETER SONDERBY (ARDC No. 2674653)
ULMER & BERNE, LLP
One North Franklin Street, Suite 1825
Chicago, IL 60606-3401
Telephone:    (312)324-8007 (p)
Facsimile:    (216)931-8008 (f)
psonderby@ulmer.com
Local Counsel (Pursuant to LR 83.15)

Dated: May 5, 2008

2

## CERTIFICATE OF SERVICE

     I hereby certify that on May 5, 2008, a true and correct copy of the foregoing Opposition To Motion To Vacate Arbitration Award And Cross-Motion To Confirm Arbitration Award was delivered by e-mail, overnight mail and via the Court's electronic filing system to the following counsel of record for Dennis Metter:

     James J. Macchitelli
     7247 West Touhy Avenue
     Chicago, IL  60631

     /s/ Daniel M. Rabinovitz
     Daniel M. Rabinovitz
     Attorney Registration No. 6205229
     Michaels, Ward & Rabinovitz, LLP
     12 Post Office Square
     Boston, MA  02109
     (617)350-4040 (p)
     (617)350-4050 (f)
     dmr@michaelsward.com