# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| DENNIS R. METTER, | Case No. 1:08-cv-2239 |
| Plaintiff, |  |
| v. | Honorable Judge John W. Darrah |
| WACHOVIA SECURITIES, LLC, | **NOTICE OF MOTION** |
| Defendant. |  |

**TO:    James J. Macchitelli, Esq.**
**7247 West Touhy Avenue**
**Chicago, Illinois 60631**

**PLEASE TAKE NOTICE THAT ON** Tuesday May 20, 2008, at 9:00 a.m., we shall appear before the Honorable Judge John W. Darrah, at the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 1203, Chambers 1288, Chicago, IL 60604 and then there present Wachovia Securities, LLC's Uncontested Motion for Leave to File Responsive Pleading Late.

Respectfully submitted,

WACHOVIA SECURITIES, LLC,

By its attorneys,

      /s/ Daniel Rabinovitz
DANIEL M. RABINOVITZ
(Attorney Registration No. 6205299)
MICHAELS, WARD & RABINOVITZ, LLP
12 Post Office Square
Boston, MA  02109
Telephone:    (617)350-4040
Facsimile:     (617)350-4050
dmr@michaelsward.com

-   and-

/s/ Peter Sonderby
PETER SONDERBY (ARDC No. 2674653)
ULMER & BERNE, LLP
One North Franklin Street, Suite 1825
Chicago, IL  60606-3401
Telephone:     (312)324-8007 (p)
Facsimile:      (216)931-8008 (f)
psonderby@ulmer.com

Local Counsel (Pursuant to LR 83.15):

Dated: May 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, a true and correct copy of the foregoing Notice of Motion was delivered by e-mail, overnight mail and via the Court's electronic filing system to the following counsel of record for Dennis Metter:

James J. Macchitelli
7247 West Touhy Avenue
Chicago, IL  60631

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz
Attorney Registration No. 6205229
Michaels, Ward & Rabinovitz, LLP
12 Post Office Square
Boston, MA  02109
(617)350-4040 (p)
(617)350-4050 (f)
dmr@michaelsward.com