UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS R. METTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC,<br><br>　　　　Defendant. | Case No. 1:08-cv-2239<br><br>Honorable Judge John W. Darrah<br><br>**NOTICE OF MOTION** |

**TO:**　James J. Macchitelli, Esq.
　　　　7247 West Touhy Avenue
　　　　Chicago, Illinois 60631

　　　**PLEASE TAKE NOTICE THAT ON** Tuesday May 20, 2008, at 9:00 a.m., we shall appear before the Honorable Judge John W. Darrah, at the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 1203, Chambers 1288, Chicago, IL 60604 and then there present Wachovia Securities, LLC's Uncontested Motion for Leave to File Responsive Pleading Late.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　WACHOVIA SECURITIES, LLC,

　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　___/s/ Daniel Rabinovitz
　　　　　　　　　　　　　　　　DANIEL M. RABINOVITZ
　　　　　　　　　　　　　　　　(Attorney Registration No. 6205299)
　　　　　　　　　　　　　　　　MICHAELS, WARD & RABINOVITZ, LLP
　　　　　　　　　　　　　　　　12 Post Office Square
　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　Telephone:　(617)350-4040
　　　　　　　　　　　　　　　　Facsimile:　 (617)350-4050
　　　　　　　　　　　　　　　　dmr@michaelsward.com

- and-

/s/ Peter Sonderby
PETER SONDERBY (ARDC No. 2674653)
ULMER & BERNE, LLP
One North Franklin Street, Suite 1825
Chicago, IL  60606-3401
Telephone:	(312)324-8007 (p)
Facsimile:	(216)931-8008 (f)
psonderby@ulmer.com

Local Counsel (Pursuant to LR 83.15):

Dated: May 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, a true and correct copy of the foregoing Notice of Motion was delivered by e-mail, overnight mail and via the Court's electronic filing system to the following counsel of record for Dennis Metter:

James J. Macchitelli
7247 West Touhy Avenue
Chicago, IL  60631

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz
Attorney Registration No. 6205229
Michaels, Ward & Rabinovitz, LLP
12 Post Office Square
Boston, MA  02109
(617)350-4040 (p)
(617)350-4050 (f)
dmr@michaelsward.com