UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS R. METTER,<br><br>    Plaintiff,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC,<br><br>    Defendant. | Case No. 1:08-cv-2239<br><br>Honorable Judge John W. Darrah |

## MOTION TO SUPPLEMENT MEMORANDUM OF LAW
## BY FILING ADDITIONAL EXHIBIT

Now comes the Defendant, Wachovia Securities LLC ("Wachovia") and hereby moves this Honorable Court to allow Wachovia to supplement its previously filed Memorandum Of Law In Support Of Wachovia's Opposition To Motion To Vacate Arbitration Award And Cross-Motion To Confirm Arbitration Award ("Memorandum"). In support of this Motion, Wachovia states as follows:

1.      The Arbitration Hearing relating to the above captioned matter was recorded by audio tape.

2.      After Wachovia received Plaintiff's Motion to Vacate Arbitration Award, Wachovia's counsel obtained the pertinent tapes from the hearing and caused those tapes to be transcribed into certified transcripts.

3.      At the time Wachovia filed its Memorandum, Wachovia's counsel did not possess a transcript of the last day of the hearing.

4.      In Wachovia's previously filed Memorandum, Wachovia stated that

1

when the final day of the transcript was available to Wachovia, it would supplement its Memorandum. (*See* Memorandum Page (8) footnote 1).

5.        The transcript attached hereto as Exhibit A is relevant to the issues now before this Court because at the conclusion of the Arbitration, the Chairman of the Arbitration Panel asked each party to state affirmatively whether they had "a full and fair opportunity to be heard." In response to that request, Claimant's counsel, Mr. Friedman stated "without reservation, absolutely." (See Exhibit A attached hereto).

6.        This clear affirmation by Plaintiff's counsel is directly at odds with the allegations contained in Plaintiff's Motion To Vacate. Specifically, Plaintiff claims that "there was evident partiality by the arbitrators toward Respondent" (¶ 37 of Metter's Motion To Vacate); "the denial of DENNIS R. METTER'S claim was obviously an evident partiality for the Respondent" (Sic) (Id.); and "it seems clear that the arbitrators were partial toward the Respondent." (¶ 40. of Metter's Motion To Vacate)

Wherefore Wachovia Prays that this Honorable Court Allow Wachovia to supplement its Memorandum of Law with Exhibit A, attached hereto.

Respectfully submitted,

WACHOVIA SECURITIES, LLC,

By its attorneys,

    /s/ Daniel M. Rabinovitz
DANIEL M. RABINOVITZ
(ARDC No. 6205299)
MICHAELS, WARD & RABINOVITZ, LLP
12 Post Office Square
Boston, MA  02109
Telephone:    (617)350-4040
Facsimile:     (617)350-4050
dmr@michaelsward.com

-    and    -

Wachovia Securities, LLC Local Counsel
(Pursuant to LR 83.15):

PETER SONDERBY (ARDC No. 2674653)
ULMER & BERNE, LLP
One North Franklin Street, Suite 1825
Chicago, IL  60606-3401
Telephone:    (312)324-8007 (p)
Facsimile:    (216)931-8008 (f)
psonderby@ulmer.com

Dated: May 28, 2008

3

Dated: May 28, 2008

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 28, 2008, a true and correct copy of the foregoing Motion to Supplement Memorandum of Law by Filing Additional Exhibit was delivered by e-mail, overnight mail and via the Court's electronic filing system to the following counsel of record for Dennis Metter:

James J. Macchitelli
7247 West Touhy Avenue
Chicago, IL  60631

/s/ Daniel M. Rabinovitz_____
Daniel M. Rabinovitz
Attorney Registration No. 6205229
Michaels, Ward & Rabinovitz, LLP
12 Post Office Square
Boston, MA  02109
(617)350-4040 (p)
(617)350-4050 (f)
dmr@michaelsward.com

# EXHIBIT A

Case 1:08-cv-02239    Document 18-2    Filed 05/28/2008    Page 1 of 3



# ≝TAPE TRANSCRIPTION CENTER

A Division of THE SKILL BUREAU

## CERTIFICATE

I, Timothy Bates, do hereby certify that the following eight (8) transcripts embody a true and accurate transcript of selected portions of an arbitration hearing in the matter of Dennis & Donald Metter v Wachovia Securities, held on December 11 and 14, 2007. Prepared in the Tape Transcription Center to the best of our abilities, it comprises the contents of eight (8) audiocassettes provided to us by Michaels, Ward & Rabinovitz LLP.

5/7/2008
_____
Date

P.C.
_____
Patrick Emond, Production Supervisor
Tape Transcription Center

129 Tremont Street · Boston, MA 02108
**Tel:** 617.423.2151  **Fax:** 617.423.9183
www.ttctranscriptions.com
The fastest turnaround time in New England since 1966.

Dennis & Donald Metter vs. Wachovia Securities         Page 58
Case No. 06-00700, Arbitration Hearing, 12/11-14/07
Tape 16 of 16

| | | |
|---|---|---|
| 1 | | Will you (inaudible) brokers.  They come, they go. |
| 2 | | These guys were retail guys (inaudible) institution |
| 3 | | (inaudible).  Suddenly (inaudible) outrageous.  Four |
| 4 | | points?  These guys are -- |
| 5 | | Or are you going to say what we saw here disgusts |
| 6 | | us.  And what we saw here is that this industry did |
| 7 | | not have its finest hour.  It was about seven days |
| 8 | | away.  And we can do something about it.  And we can |
| 9 | | say it matters.  And we don't care whether you're at |
| 10 | | will or whether you've got a lifetime contract.  In |
| 11 | | this industry, we do stand for something.  There is |
| 12 | | integrity.  We know what fair dealing is.  We know |
| 13 | | what honesty is.  We know what integrity is.  And we |
| 14 | | wish to make that clear. |
| 15 | | Please do so, gentlemen.  Please do so. |
| 16 | Elting: | Do you seek an opportunity for rebuttal? |
| 17 | Michaels: | No, sir.  I don't think it's -- I don't think it's |
| 18 | | in the rules.  Don't think it's my place. |
| 19 | Elting: | I'm not sure that it's in the rules, but in any |
| 20 | | event then will each of the parties state |
| 21 | | affirmatively whether you have had a full and fair |
| 22 | | opportunity to be heard? |
| 23 | Friedman: | Without reservation, absolutely. |