# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 1: 08 CV 2239 | **DATE** | June 3, 2008 |
| **CASE TITLE** | | Metter v. Wachovia Securities, LLC | |

**DOCKET ENTRY TEXT:**

Motion of Defendant to Supplement Memorandum of Law [18] is GRANTED.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|