UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS R. METTER, | Case No. 1:08-cv-2239 |
| Plaintiff, | |
| v. | Honorable Judge John W. Darrah |
| WACHOVIA SECURITIES, LLC, | |
| Defendant. | |

## WACHOVIA SECURITIES LLC'S STATUS REPORT

### Introduction

Wachovia Securities LLC has attempted to communicate with Plaintiff's counsel regarding the filing of a Joint Status Report for the Status Conference scheduled for Wednesday Jun 18, 2008. However, counsel for the Plaintiff has not returned Wachovia's counsel's e-mails and thus this report is filed on behalf of Wachovia, rather than as a joint report.

### Status

1. On March 19, 2008, Plaintiff filed a Motion To Vacate an Arbitration Award in the Chancellery division of the Cook County circuit court.
2. On April 18, 2008, Wachovia removed the matter to Federal Court.
3. On May 5, 2008, Wachovia filed its Opposition To Plaintiff's Motion To Vacate and its Motion To Confirm the Arbitration Award.
4. To date, Plaintiff has not filed any responsive pleading to Wachovia's Motion To Confirm.
5. Wachovia has served, but not filed, a Motion For Rule 11 Sanctions alleging that Plaintiff filed a motion containing numerous factual contentions lacking evidentiary support, without conducting a reasonable investigation, asserting

claims not warranted by existing law, for the improper purpose of causing
Wachovia unnecessary delay in collecting in excess of $248,574.15 awarded as
damages to Wachovia by the Arbitration Panel.


Respectfully submitted,

WACHOVIA SECURITIES, LLC,

By its attorneys,

_____/s/ Daniel Rabinovitz_____
DANIEL M. RABINOVITZ
(ARDC No. 6205299)
MICHAELS, WARD & RABINOVITZ, LLP
12 Post Office Square
Boston, MA 02109
Telephone:    (617)350-4040
Facsimile:    (617)350-4050
dmr@michaelsward.com
           -    and-


PETER SONDERBY (ARDC No. 2674653)
ULMER & BERNE, LLP
One North Franklin Street, Suite 1825
Chicago, IL 60606-3401
Telephone:    (312)324-8007 (p)
Facsimile:    (216)931-8008 (f)
psonderby@ulmer.com

Local Counsel (Pursuant to LR 83.15)

2

Dated: June 16, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, a true and correct copy of the foregoing Status Report was delivered by e-mail, overnight mail and via the Court's electronic filing system to the following counsel of record for Dennis Metter:

James J. Macchitelli
7247 West Touhy Avenue
Chicago, IL 60631

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz
Attorney Registration No. 6205229
Michaels, Ward & Rabinovitz, LLP
12 Post Office Square
Boston, MA 02109
(617)350-4040 (p)
(617)350-4050 (f)
dmr@michaelsward.com

3