# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DENNIS R. METTER, | ) |
| Plaintiff, | ) |
| Vs. | ) Case No.: 08 CV 2239 |
| WACHOVIA SECURITIES, LLC, | ) Judge: John W. Darrah |
| Defendant. | ) Magistrate: Judge Nan R. Nolan |

### MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MEMORANDUM TO SUPPORT PLAINTIFF'S MOTION TO VACATE THE ARBITRATION AWARD

Plaintiff, DENNIS R. METTER, by and through his attorney, James J. Macchitelli, file this Motion for Enlargement of Time to file his Memorandum in Support of Plaintiff's Motion to Vacate the Arbitration Award, states as follows:

1. On June 18, 2008, a briefing schedule was ordered and Plaintiff was ordered to file a Memorandum in Support of the Motion to Vacate the Arbitration Award.

2. Therefore, Plaintiff's Memorandum is due July 23, 2008 and Plaintiff shall be unable to comply and respectfully requests an additional 16 days to file his Memorandum on or before Friday, August 8, 2008.

3. On July 23, 2008 at 8:00 a.m. central time, Plaintiff's attorney, James J. Macchitelli, and Defendant's attorney, Daniel M. Rabinovitz, had a telephone communication regarding Plaintiff's request for extension of time.

WHEREFORE, Plaintiff, DENNIS M. METTER, respectfully requests an additional 16 days to on or before August 8, 2008 to file Plaintiff's Memorandum in Support of the Motion to Vacate Arbitration Award.

Respectfully submitted,

By: s/James J. Macchitelli

Attorney Number: 6208773
James J. Macchitelli
Attorneys for Plaintiff
7247 West Touhy Avenue
Chicago, Illinois 60631
(773) 631-1500 Telephone
(847) 890-6457 E-Facsimile