UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS R. METTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No.:  08 CV  2239 |
| | ) | |
| WACHOVIA SECURITIES, LLC, | ) | Judge: John W. Darrah |
| | ) | |
| Defendant. | ) | Magistrate: Judge Nan R. Nolan |

**NOTICE OF MOTION**

TO:   See attached service list

**PLEASE TAKE NOTICE** that on the 29th **day of July, 2008**, at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge John W. Darrah or any Judge sitting in his stead in Courtroom 1203, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and then and there present, **Motion for Extension to File Final Memorandum,** a copy of which is served upon you.

By: s/James J. Macchitelli

Attorney Number: 6208773
James J. Macchitelli
Attorneys for Plaintiff
7247 West Touhy Avenue
Chicago, Illinois 60631
(773) 631-1500
(847) 890-6457

CERTIFICATE OF SERVICE

I hereby certify that I served the above and foregoing **Notice of Motion and Motion for Extension to File Memorandum** with the Clerk of the Court electronically using the CM/ECF system and to the named parties at their respective address as listed on the attached service list and deposited same in the U.S. Mail at the Post Office in Schaumburg, Illinois by 5:00 p.m. on the 23rd day of July, 2008 with proper postage prepaid.

By: s/ James J. Macchitelli

**Service List**

Daniel M. Rabinovitz, Esq.
Michaels, Ward & Rabinovitz, LLP
12 Post Office Square
Boston, MA 02109
dmr@michaelsward.com


Peter Sonderby, Esq.
Ulmer & Berne LLP
One North Franklin Street, Suite 1825
Chicago, Illinois 60606-3401
psonderby@ulmer.com