# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2239 | **DATE** | 7/25/08 |
| **CASE TITLE** |  | Metter v. Wachovia Securities, L.L.C. | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for extension of time [22, 23] is granted. Plaintiff's response is due 8/8/08. Reply due 8/22/08. Status hearing set for 9/11/08 is reset for 9/30/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|