UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS R. METTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No.:   08 CV  2239 |
| | ) | |
| WACHOVIA SECURITIES, LLC, | ) | Judge: John W. Darrah |
| | ) | |
| Defendant. | ) | Magistrate: Judge Nan R. Nolan |

NOTICE OF MOTION

TO:   See attached service list

**PLEASE TAKE NOTICE** that on the 8th **day of August, 2008**, there was filed a Memorandum in support of Plaintiff's Mtoiont o Vacate the Arbitration Award, and a copy was served upon those listed on service list..

By: s/James J. Macchitelli

Attorney Number: 6208773
James J. Macchitelli
Attorney for Plaintiff
7247 West Touhy Avenue
Chicago, Illinois 60631
(773) 631-1500

CERTIFICATE OF SERVICE

I hereby certify that I served the above and foregoing **Notice of Filing and Memorandum was filed** with the Clerk of the Court electronically using the CM/ECF system and to the named parties at their respective address as listed on the attached service list and deposited same in the U.S. Mail at the Post Office in Schaumburg, Illinois the 8rd day of Augsut, 2008 with proper postage prepaid.

By: s/ James J. Macchitelli

**Service List**

Daniel M. Rabinovitz, Esq.
Michaels, Ward & Rabinovitz, LLP
12 Post Office Square
Boston, MA 02109
dmr@michaelsward.com


Peter Sonderby, Esq.
Ulmer & Berne LLP
One North Franklin Street, Suite 1825
Chicago, Illinois 60606-3401
psonderby@ulmer.com